# Court of Appeals
# of the State of Georgia

ATLANTA,  December 18, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0671. RODRICUS DARNELL SCOTT v. THE STATE.**

Rodricus Scott was convicted of felony murder and cruelty to children and sentenced to life without parole plus 20 years. Scott filed multiple notices of appeal to this Court. We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  12/18/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*